**1**

## In the Matter of KRAMERLITE CO., Inc., Bankrupt-Appellant.

Circuit Court of Appeals, Second Circuit. February 8, 1928.

No. 156.

Appeal from the District Court of the United States for the Southern District of New York.

Irvin Waldman, of New York City, for appellant.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Appeal dismissed in open court.

---

**2**

## I. B. LEVY, Trustee, et al., Appellants, v. CIMARRON RIVER OIL CO. et al.

Circuit Court of Appeals, Eighth Circuit. January 27, 1928.

No. 7254.

Appeal from the District Court of the United States for the Eastern District of Oklahoma.

W. A. Ledbetter, H. L. Stuart, R. R. Bell, and E. P. Ledbetter, all of Oklahoma City, Okl., for appellants.

B. B. Blakeney and Hubert Ambruster, both of Oklahoma City, Okl., and John J. Shea and Thomas F. Shea, both of Tulsa, Okl., for appellees.

PER CURIAM. Appeal dismissed on motion of certain appellees without costs to either party in this court.

---

**3**

## W. R. LIGHT, Plaintiff in Error, v. UNITED STATES of America.

Circuit Court of Appeals, Eighth Circuit. January 27, 1928.

No. 7272.

In Error to the District Court of the United States for the Western District of Oklahoma.

William Pfeiffer, of Oklahoma City, Okl., for plaintiff in error.

Roy St. Lewis, U. S. Atty., of Oklahoma City, Okl., for the United States.

PER CURIAM. Writ of error dismissed without costs to either party in this court, on motion of defendant in error under Rules 23 and 24.

---

**4**

## John A. McKAY, Libelant-Appellant, v. Steamship EMPRESS OF SCOTLAND, Her Boats, Boilers, etc.; Canadian Pacific Railway Company, Claimant-Appellee.

Circuit Court of Appeals, Second Circuit. February 20, 1928.

No. 161.

Appeal from the District Court of the United States for the Southern District of New York.

Franc & Becker, of New York City, for appellant.

Hardin & Hess, of New York City (Harold B. Elgar, of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree (11 F.[2d] 783) affirmed, with costs.